In the Matter of the Application of PATRICK MURPHY, Respondent, for a Writ of Certiorari against HERBERT S. SISSON, State Commissioner of Excise, et al., Appellants.

*Matter of Murphy* v. *Sisson*, 181 App. Div. 951, affirmed.

(Argued March 7, 1918; decided March 12, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1917, which affirmed an order of Special Term directing the issuance of a liquor tax certificate to the petitioner. Pursuant to chapter 623 of the Laws of 1917, a commission was duly appointed to determine the places within the town

of North Hempstead where trafficking in liquor might be continued during the ·term commencing October 1, 1917, and said commissioners inquired as to conduct of the places within said town and made and filed its determination on or about August 27, 1917. By said determination the said commissioners designated the respondent, Patrick Murphy, as one of the places where trafficking in liquors might be continued for the year 1917 on the said premises. Thereafter, on September 15, 1917, the said commissioner of excise made and ·filed a statement which purported to treat said return of the local excise commission as a nullity, and to designate the places in said town of North Hempstead where traffic in liquors might be continued after October 1, 1917, and from said list omitted the premises of the respondent and one John F. Boles, and substituted in the places of these two, one Paul Weidman.

*C. S. Ferris* and *Harvey D. Sanders* for appellants.

*Alfred M. Schaffer* and *Henry A. Uterhart* for respondent.

Order affirmed, with costs, on authority of *Matter of Hickey* v. *Sisson* (223 N. Y. 92).

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ. Absent: HISCOCK, Ch. J.